# Court of Appeals
# of the State of Georgia

ATLANTA, _____May 18, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16E0030.  SANTOS TREJO v. RODNEY CAINES et al.**

Santos Trejo has filed an emergency motion seeking "an order reversing the Bifurcation Order and instructing the trial court to order a separate trial on the issue of accord and satisfaction, with such trial to occur *before* a trial on the merits of Appellees' claims."[1]

Said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____05/18/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] (Emphasis in original.)